# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Ryan C. Edner, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 19-cv-2486 SRN/LIB |
| Redwood County District Attorney's Office, Redwood County District Courthouse, Redwood County Sheriff's Department, Redwood Count - State of Minnesota Board of Public Defenders, City of Morgan Police Department, Judge Patrick Rohland, Steven Collins, Jenna Peterson-Haler, Kelly Meehan, Joel Solie, Erica Allex, Patricia Amberg, Jodi Haen, Sheriff Randy Hanson, Chief Deputy Mark E. Farasyn, Jason Jacobson, Mitch Zimmerman, Mike Campbell, Mike Hubin, Bostyn Thompson, Kris Karlgaard, Attorney Eric Olson, Attorney Ryan Garry, Attorney Paul Hunt, Attorney Megan Burkehammer, | |
| Defendants. | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Report & Recommendation dated March 24, 2020 [Doc. No. 5] is **ADOPTED**, as modified;
2. Plaintiff's Objection [Doc. No. 6] is **OVERRULED**;
3. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. No. 2] is **DENIED AS MOOT**; and
4. This action is **DISMISSED WITHOUT PREJUDICE**.

Date: 5/8/2020

KATE M. FOGARTY, CLERK

s/Cara Kreuziger
(By)   Cara Kreuziget, Deputy Clerk